WASHINGTON FINANCE CORPORATION, Respondent, v. MANHEIM S. SAMUELS, Appellant.— Judgment reversed upon the law and a new trial granted, costs to abide the event. It was error to refuse to grant the defendant's request to submit the questions of fact to the jury. Defendant's motion for a direction of a verdict

did not bar his receding from that motion and requesting a submission of the question of fact to the jury. (*Happel* v. *Lehigh Valley Railroad Co.*, 210 App. Div. 461; *Scott* v. *Empire State Degree of Honor*, 204 id. 530; *Kinner* v. *Whipple*, 198 N. Y. 585; *Brown Paint Co.* v. *Reinhardt*, 210 id. 162.) Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.